# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

EILEEN MONTOYA,

    Plaintiff,

vs.                                                               Civil No. 01-640 WJ/DJS - **ACE**
                                                                       (To be consolidated with
                                                                       Civil No. 01-1298 and
                                                                       Civil No. 01-1316 and
                                                                       Civil No. 02-0529

LOS LUNAS PUBLIC SCHOOLS,
an educational body of the STATE
OF NEW MEXICO, the LOS LUNAS
SCHOOL BOARD, the governing
body of the Los Lunas Schools, and
REX HENINGTON, individually and
in his official capacity,

    Defendants.

## MEMORANDUM OPINION AND ORDER

      THIS MATTER comes before the Court upon Plaintiff Goodman's Motion to Move Original Settlement Agreement Null and Void and To Move Second Settlement Non-Binding, filed April 4, 2003 **(Doc. 254)**.  Plaintiff filed the motion *pro se*.  On December 4, 2002, Plaintiff Goodman's claims were dismissed with prejudice from this consolidated case when this Court granted Defendants' motion to provide full faith and credit to the settlement agreement reached by the parties in state court.  (Doc. 74).

      In the instant motion, Plaintiff essentially reargues the merits of her case, which have been clearly and expressly foreclosed by the dismissal of her claims.  Construed as a motion to

reconsider, Plaintiff has not presented the Court with any legal or factual basis to modify its previous ruling of dismissal.   Accordingly, the motion is DENIED.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE